# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **06-327 M**
2) Defendant's Name: **Elson** (Last) **Monya** (First) ___ (M.I.)
3) Age: ___
4) Title: **18**  Section(s): **1958**
5) Citizen of: ___  Needs: ___ Interpreter
6) Arrest Warrant Issued: ___  Date and time of arrest: ___

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No  Other District: ___
8) Name of Interpreter used today: ___  Language: ___
9) Arraignment on complaint held: ✓Yes ___No  Date/Time: **3/24/06 Judge Go**
10) Detention Hearing Held: ___  Bail set at: ___  ROR Entered: ___  POD Entered: ___
11) Temporary Order of Detention Entered: ✓  Bail Hearing set for: **3/28/06 @ 11:00 am**
12) (a) Preliminary Hearing set for: **not addressed**; or waived: ___
    (b) Removal Hearing set for: ___; or waived: ___
    (c) Status Conference set for: ___
13) ASSISTANT U.S. ATTORNEY: **Thomas Firestone**
14) DEFENSE COUNSEL'S NAME: ~~James DiPietro~~ **Donna Newman**
    Address: ___
    Bar Code: ___  CJA: ✓  PDA: ___  RET: ___
    Telephone Number: (___) ___
15) ESR Tape #: **Log # 1** (**3:29 pm – 3:33 pm**)
16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by ___

Other Comments/Rulings: ___

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS ___ DAY OF ___, 20___

_____
UNITED STATES MAGISTRATE JUDGE