# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

VS

Mourya Elsoal
_____
DEFENDANT

NOTICE OF APPEARANCE

DOCKET # 06-327M

DATE: 3/28/06

PLEASE NOTICE, that I have been retained by Moneza Elson

above name defendant. I was admitted to practice is this District on _____

SIGNATURE _____

PRINT NAME James D[octor]o

BAR CODE** 0197

OFFICE ADDRESS 186 Joralemon St
Bklyn NY 11201

PHONE NUMBER 718 875 4207

***NOTICE TO ATTORNEY***

**BAR CODE THE ATTORNEY'S INITIALS AND LAST FOUR DIGITS OF THE SOCIAL SECURITY NUMBER MUST APPEAR ON ALL PLEADINGS.