MN:PEN
F#2006R00508

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MONYA ELSON,

    Defendants.

I N F O R M A T I O N

Cr. No._____
(T. 18 U.S.C. §§ 371 and
3551 et seq.)

- - - - - - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

    1.  In or about and between December 2004 and March 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MONYA ELSON, together with others, did knowingly and intentionally conspire to travel in interstate and foreign commerce, with the intent that the murder of John Doe #1 and John Doe #2 be committed in violation of Section 125.25(1) of the New York Penal, as consideration for the receipt of, and as consideration for a promise and agreement to pay, something of pecuniary value, in violation of Title 18, United States Code, Section 1958(a).

    2.  In furtherance of the conspiracy and to effect its objectives, within the Eastern District of New York and elsewhere, the defendant MONYA ELSON, together with others, committed and caused to be committed, among others, the following:

## OVERT ACTS

a. In or about January 2005, the defendant MONYA ELSON placed a telephone call from Brooklyn, New York, to a coconspirator who was located in the Ukraine.

b. On or about March 10, 2006, the defendant MONYA ELSON had a telephone conversation with a coconspirator who was located in the Ukraine.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: *[signature]*
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

_____ Action   No. _____

**UNITED STATES DISTRICT COURT**
Eastern District of New York

_____

UNITED STATES OF AMERICA

—Against—

MONYA ELSON,

_____

I N F O R M A T I O N

_____

ROSLYNN R. MAUSKOPF

United States Attorney, EDNY
Attorney for _____
Office and Post Office Address,
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Due service of a copy of the within _____
is hereby admitted.

Dated: _____, 19 ___

_____
Attorney for _____

T NOIOPOULOS, 718 254-6354

---

SIR:

PLEASE TAKE NOTICE that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on the ___ day of _____, 19 ___, at 10:30 o'clock in the forenoon.

Dated: Brooklyn New York, _____, 19 ___

To:
_____
United States Attorney,
Attorney for _____

_____
Attorney for _____

SIR:

PLEASE TAKE NOTICE that the within is a true copy of _____ duly entered herein on the ___ day of _____, in the office of the Clerk of the Eastern District of New York,

Dated: Brooklyn, New York _____, 19 ___

To:
_____
United States Attorney,
Attorney for _____

_____
Attorney for _____