**CRIMINAL CAUSE FOR ARRAIGNMENT/PLEADING**

BEFORE JUDGE COGAN   12/4/06            TIME: 2:30
CR-06-793

DEFT: Monya Elson            #_____   ATTY: James DiPietro
  _pres._  __not pres.__  X cust.  __bail__        CJA  RET.  LAS

DEFT: _____   #_____   ATTY: _____
  _pres._  __not pres.__  __cust.__  __bail__        CJA  RET.  LAS

DEFT: _____   #_____   ATTY: _____
  _pres._  __not pres.__  __cust.__  __bail__        CJA  RET.  LAS

DEFT: _____   #_____   ATTY: _____
  _pres._  __not pres.__  __cust.__  __bail__        CJA  RET.  LAS

DEFT: _____   #_____   ATTY: _____
  _pres._  __not pres.__  __cust.__  __bail__        CJA  RET.  LAS

DEFT: _____   #_____   ATTY: _____
  _pres._  __not pres.__  __cust.__  __bail__        CJA  RET.  LAS

A.U.S.A.: Patricia Notopoulos            CLERK: G. Batista
COURT REPORTER: G. Rudolph               OTHER: _____

INT: ✓ (LANG. - _____)

✓ CASE CALLED.      ___ DEFTS FIRST APPEARANCE.
DEFT ___ SWORN   ___ ARRAIGNED  ___ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

✓ WAIVER OF INDICTMENT EXECUTED FOR ~~DEFT~~.
___ SUPERSEDING INDICTMENT (INFORMATION FILED.) ✓
___ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
✓ DEFT ~~WITHDRAWALS HIS PREVIOUSLY ENTERED~~ *enters a* PLEA ~~AND ENTERS A~~
  **GUILTY PLEA** TO CTS. *One Ct. Information* OF
  (Superseding) INDICTMENT/INFORMATION.
✓ COURT FINDS FACTUAL BASIS FOR THE PLEA
✓ SENTENCING ~~TO BE SET BY PROBATION.~~ 3/22/07 @ 10:00

___ DEFT _____ ENTER **NOT GUILTY PLEA**.
___ BAIL ___ SET ___ CONT'D FOR DEFT_____.
___ DEFT_____ CONT'D IN CUSTODY.
___ CASE ADJ'D TO_____ FOR _____
___ JYSELECT SET FOR _____  ___ BY MAG.
___ TRIAL SET FOR _____
___ **SPEEDY TRIAL** INFO FOR DEFT   ___ STILL IN EFFECT
       CODE TYPE_____  START_____  STOP_____

___ ORDER / WAIVER EXECUTED & FILED.  ___ ENT'D ON RECORD.
___ In the interest of justice as stated on the record.

OTHER: _____