Case 1:06-cr-00793-BMC-MDG   Document 40   Filed 12/06/06   Page 1 of 1 PageID #: 50



# United States District Court
# Eastern District of New York

**FILED IN CLERK'S OFFICE DISTRICT COURT E.D.N.Y.**
**DEC 6 2006**
**TIME A.M. ___ P.M. ___**

| Immediately following your court appearance present this form in person to the receptionist at the Probation Department. | Probation Department<br>111 Livingston Street, 5th Floor<br>Brooklyn, NY 11201 |

## Conviction Notification for the U.S. Probation Department
### To be completed by the Courtroom Deputy Clerk

Name of Judge: **Cogan**   Date: **12/4/06**

## Defendant Information

Name: **Monya Elson**   DOB: ___   Docket #: **CR-06-793**

Custody Yes ☒ No ☐   USM#: ___

*It is requested that the Courtroom Deputy Clerk immediately call the Probation Department if the defendant is in custody, at telephone number (347) 534-3720*

Plea ☒ Verdict ☐ Offense of Conviction: ___

Sentence Date: **3/22/07 @ 10:30**

Interpreter needed? Yes ☐ No ☒   Language: ___

Phone #s: home ___   work ___

Address: ___

## Government Information

U.S. Attorney: **Patricia Notopoulos**   Phone #: **212-384-3315**

Name of case agent: **SA Scott Curtis**

Related Docket #s: **06 CR 594**

Co-Defendants: Yes ☐ No ☐ — Codefendants in crime but charged by 2 different informations

## Defense Counsel Information

Name: **James J. DiPietro**   Phone #: **718 875 4207**

Address: **186 Joralemon Street, Brooklyn, N.Y. 11201**   Fax #: **718 875 1717**

Wishes to be present for defendant interview: Yes ☐ No ☐

PSI Assigned to: ___   Remarks: ___

★ U.S. GPO: 2003-511-482