**JAMES J. DIPIETRO**

*Attorney at Law*

186 JORALEMON STREET
BROOKLYN, NEW YORK 11201

———

(718) 875-4207
FAX (718) 875-1717

March 14, 2007

Honorable Brian M. Cogan
United States District Judge
United States Courthouse
225 Cadman Plaza West
Brooklyn, N.Y. 11201

**BY ECF**

Re: <u>U.S. v. Monya Elson</u>
06-CR-793 (BMC)

Dear Judge Cogan,

I am counsel to Monya Elson who is currently scheduled to be sentenced on March 22, 2007 at 10:00 A.M.

Mr. Elson's "PSR" was recently electronically filed with my office. I am going to need additional time to file a response to this report. Additionally, the defendant is scheduled to be produced in the Southern District of New York on a violation of his supervised release, based on this case. The plea agreement calls for Your Honor's sentence to run consecutive to the defendant's sentence in the SDNY.

Ms. Jessica Budoff has indicated to counsel that April 27, 2007 at 4:00 P.M. is a date convenient with the Court.

I have spoken to AUSA Patricia E. Notopoulos who has no objection to Mr. Elson's application for an adjournment to April 27, 2007 at 4:00 P.M.

Respectfully submitted,

James J. DiPietro

JJD/cp
cc: AUSA Patricia E. Notopoulos