

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CP:PEN

elsonletsenadj.wpd

*156 Pierrepont Street*

*Brooklyn, New York  11201*

April 26, 2007

The Honorable Brian M. Cogan
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

            Re: United States v. Monya Elson
                Criminal Docket No. 06 CR 793

Dear Judge Cogan:

        The defendant Monya Elson is currently scheduled for a sentencing proceeding on April 27, 2007.  On Monday, April 22, 2007, defendant filed a motion for a downward departure pursuant to U.S.S.G. § 5K2.10 arguing, among other things, that the victims' conduct contributed to his offense.

        The government opposes this motion and is seeking an adjournment of sentence for three weeks until May 18, 1007 at 4:00 p.m. in order to allow sufficient time to prepare a full response for the Court.  I am in need of information from law enforcement and only today was able to contact the FBI case agent who is in the process of accessing the requested information.  I have spoken to defense counsel James DiPietro, Esq., who indicated that he had no objection to this request or the adjournment date.

                                            Respectfully Submitted,

                                            ROSLYNN R. MAUSKOPF
                                            United States Attorney

                                    By:     _____
                                            Patricia E. Notopoulos
                                            Assistant U.S. Attorney

cc: Clerk of Court (BMC)
    James DePietro, Esq.